[No. 29097-2-III.   Division Three.   April 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE HARRELL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 09-1-00048-4, Richard W. Miller, J., entered May 27, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 62072-0-I.   Division One.   April 18, 2011.]

*In the Matter of the Detention of* WINSTON MOTLEY.

Appeal from a judgment of the Superior Court for King County, No. 06-2-33534-1, Bruce E. Heller, J., entered July 3, 2008. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Ellington, JJ.

[No. 63617-1-I.   Division One.   April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT THOMAS STARR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-01865-7, Ronald L. Castleberry, J., entered June 2, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Schindler and Spearman, JJ.

[No. 63626-0-I.   Division One.   April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA A. CANADY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-01864-9, Ronald L. Castleberry, J., entered June 2, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Schindler and Spearman, JJ.